# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
February 18, 2015

In re:

Alyssa S. Peterson

Debtor(s)

Case Number: 10–23429 asd
Chapter: 13

Alyssa S. Peterson

Plaintiff(s)

v.

City of Torrington et al.

Defendant(s)

Adversary Proceeding
No.: 15–02008 asd

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **February 26, 2015** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion for Immediate Preliminary Injunctive Relief as to Defendant Torrington Tax Collector Only Filed by Alyssa S. Peterson, Plaintiff . (Re: Doc #2)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not attend the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 18, 2015

For the Court

Gary M. Gfeller
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad